IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MEDICAL TECHNOLOGIES, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, in his official capacity as ) <br> Secretary, United States Department of Health and ) <br> Human Services ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. _____ |

## LCVR 7.1 CERTIFICATE

Certificate required by LCVR 7.1 of the Local Rules of the United States District Court for the District of Columbia: I, the undersigned, counsel of record for Plaintiff, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of American Medical Technologies, Inc., which have any outstanding securities in the hands of the public:

    Gordian Medical, Inc.

55205107.1

- 1 -

- 2 -

These representations are made in order that the judges of this court may determine the need for recusal.

           Respectfully submitted,

           FULBRIGHT & JAWORSKI L.L.P.

BY: _/s/ Frederick Robinson_
           Frederick Robinson
           D.C. Bar No. 367223
           Lori-Ann S. Bellan
           D.C. Bar No. 463480
           801 Pennsylvania Avenue, N.W.
           Washington, DC  20004
           Telephone:  (202) 662-0200
           Telecopier:  (202) 662-4643

           Attorneys for Plaintiffs

Dated:  February 25, 2008