UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MEDICAL TECHNOLOGIES, INC. )<br><br>        Plaintiff, )<br><br>    v. )<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services, )<br><br>        Defendant. ) | Civ. Action No. 08-0319 (JDB) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for the Defendant in the above-captioned case.

                    Respectfully submitted,

                    /s/
                    CHRISTOPHER B. HARWOOD
                    N.Y. Bar No. 4202982
                    Assistant United States Attorney
                    United States Attorney's Office
                    Civil Division
                    555 4th Street, N.W.
                    Washington, D.C. 20530
                    (202) 307-0372