UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 1:08-cv-00319 (JDB)

**PRAECIPE**

The Clerk of this Court will please enter the appearance of Gerard Keating for the Defendant Secretary of Health and Human Services in the above-captioned action. Pursuant to Local Civil Rule 83.2(j), Defendant's undersigned counsel hereby certifies his personal familiarity with the Local Rules of this Court.

                                                                 /s/
                                         GERARD KEATING
                                         Attorney
                                         U.S. Department of Health and
                                              Human Services
                                         Office of the General Counsel
                                         Room 5309 Cohen Building
                                         330 Independence Avenue, S.W.
                                         Washington, D.C. 20201
                                         (202) 619-3377
                                         Facsimile: (202) 401-1405