AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

American Medical Technologies, Inc.
17595 Cartwright Road
Irvine, CA 92614-5847

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt, Secretary of Department
of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

CAS  Case: 1:08-cv-00319
Assigned To : Bates, John D.
Assign. Date : 2/25/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

United States Attorney for the District of Columbia
501 Third Street, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Frederick Robinson

FULBRIGHT & JAWORSKI, LLP
801 Pennsylvania Ave, NW
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          FEB 2 5 2008

CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2/25/08 |
| NAME OF SERVER (PRINT) India K. Brim | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 501 Third Street, NW Washington, DC 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $6.28 | TOTAL $6.28 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/25/08   *India K. Brim*
             Date        Signature of Server

801 Pennsylvania Ave. NW
Address of Server
Washington, DC 20004

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.