UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MEDICAL TECHNOLOGIES,<br><br>    Plaintiff,<br><br>       v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>United States Department of Health and<br>Human Services,<br><br>    Defendant. | Civil Action No.  08-00319 (JDB) |

## ORDER

Upon consideration of [8] defendant Michael O. Leavitt's motion for enlargement of time to answer or otherwise respond to the complaint, the letter in opposition attached thereto, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**; and it is further **ORDERED** that defendant shall answer or otherwise respond to the complaint by not later than June 9, 2008.

Plaintiff's complaint seeks judicial review of final agency decisions pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701, et seq.  The requirements of Local Civil Rule 16.3 and Fed. R. Civ. P. 26(f) are inapplicable to such actions.  See Local Civil Rule 16.3(b)(1).  The Court has reviewed the complaint.  This case likely raises grounds for dismissal or judgment, but defendant has not yet filed a dispositive motion.  Accordingly, it is hereby

**ORDERED** that the parties shall confer and submit by not later than June 9, 2008, a proposed briefing schedule for the filing of dispositive motions to resolve this matter.

                                                   /s/
                                           JOHN D. BATES
                                       United States District Judge

Date:   May 5, 2008