UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 1:08-cv-00319 (JDB)

## JOINT MOTION FOR STAY

Plaintiff American Medical Technologies, Inc. and Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through their undersigned counsel, respectfully move this Court for a sixty-day stay of proceedings, through August 8, 2008, so that the parties may engage in settlement discussions. In support of the instant motion, the parties state as follows:

1. Plaintiff instituted this action with the filing of the Complaint on February 25, 2008. Plaintiff, a Medicare supplier of non-bordered composite dressings for wound care, alleges that the Centers for Medicare & Medicaid Services ("CMS") and several Medicare contractors wrongfully deprived it of both Medicare reimbursement and its administrative appeal rights. (Complaint at ¶¶ 1-2.)

2. Today, June 9, 2008, the Secretary is filing an Answer to Plaintiff's Complaint. The Secretary's Answer denies any liability on Plaintiff's claims in this action.

3. On May 5, 2008, the Court issued an Order requiring the parties to confer and submit a proposed briefing schedule by June 9, 2008.

4. In the course of counsel's discussion of a potential briefing schedule, counsel also discussed the prospect of settlement.

5. The parties would like to have an opportunity to explore fully a potential settlement of this case before they expend additional time and resources in litigating the case. Given the complexity of the issues, together with the competing obligations and deadlines of the parties and counsel and the previously scheduled vacation plans of Defendant's staff and counsel, a sixty-day stay of further proceedings would enable the parties to explore fully a potential settlement of the case.

6. In the event the Court were to stay this action for sixty days and the parties were to reach a settlement agreement within that period, the parties would promptly notify the Court of any settlement and take appropriate steps to end this litigation. If a settlement agreement were not reached during the stay period, on or before August 8, 2008, the parties would file a status report addressing the status of their settlement discussions and, if necessary, proposing a schedule for the resumption of the litigation of this matter.

7. The parties respectfully submit that a sixty-day stay of proceedings, through August 8, 2008, would further the interests of judicial economy for the Court and the parties and is not being proposed for purposes of delay.

A proposed Order is attached.

Respectfully submitted,

        /s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

        /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
    for the District of Columbia
555 Fourth Street, N.W.
Washington, DC 20530
(202) 307-0372

        /s/
GERARD KEATING
Attorney
U.S. Department of Health and
    Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-3377

Counsel for Defendant


        /s/
Frederick Robinson
D.C. Bar No. 367223
Lori-Ann S. Bellan
D.C. Bar No. 463480
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20201
(202) 662-0200

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MEDICAL TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>   U.S. Department of Health )<br>   and Human Services, )<br>)<br>Defendant. )<br>_____) | Case No. 1:08-cv-00319 (JDB) |

## **ORDER**

Having considered the parties' Joint Motion for Stay, and the entire record herein, it is this _____ day of June, 2008,

ORDERED that the parties' Joint Motion for Stay is hereby granted, and it is

FURTHER ORDERED that further proceedings in this matter are stayed for sixty days, through and including August 8, 2008, and it is

FURTHER ORDERED that, by no later than August 8, 2008, the parties shall file a status report addressing the status of their settlement discussions and, if necessary, proposing a schedule for the resumption of the litigation of this matter.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

Copies to ECF Counsel