UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MEDICAL TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>   U.S. Department of Health )<br>   and Human Services, )<br>)<br>Defendant. )<br>_____) | Case No. 1:08-cv-00319 (JDB) |

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

Plaintiff American Medical Technologies, Inc. and Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary" or "Defendant"), by and through their undersigned counsel, respectfully submit the following status report and proposed briefing schedule:

1.    Plaintiff instituted this action with the filing of the Complaint on February 25, 2008. Plaintiff, a Medicare supplier of non-bordered composite dressings for wound care, alleges that the Centers for Medicare & Medicaid Services ("CMS") and several Medicare contractors wrongfully deprived it of both Medicare reimbursement and its administrative appeal rights. (Complaint at ¶¶ 1-2.)

2.    On June 9, 2008, the Secretary filed an Answer to Plaintiff's Complaint. The Secretary's Answer denies any liability on Plaintiff's claims in this action.

3.    On June 9, 2008, the parties filed a Joint Motion for Stay. Specifically, the parties requested a sixty-day stay of further proceedings, through August 8, 2008, so they could explore a potential settlement of the case.

4. In a July 17, 2008 Minute Order, the Court granted the parties' Joint Motion for Stay. The Court stayed further proceedings in this matter through August 8, 2008, and ordered the parties to file by that date a status report addressing the status of their settlement discussions and, if necessary, proposing a schedule for the resumption of the litigation of this matter.

5. The parties have met and exchanged telephone calls and written communications regarding a potential settlement agreement. However, the parties have been unable to reach a settlement agreement.

6. The Secretary will be filing a motion to dismiss. The parties respectfully propose the following briefing schedule:

| | |
|---|---|
| August 29, 2008 | Defendant's motion to dismiss |
| September 26, 2008 | Plaintiff's opposition to Defendant's motion to dismiss |
| October 10, 2008 | Defendant's reply |

A proposed Order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

_____/s/_____
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
    for the District of Columbia
555 Fourth Street, N.W.
Washington, DC 20530
(202) 307-0372

_____/s/_____
GERARD KEATING
Attorney
U.S. Department of Health and
    Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-3377

Counsel for Defendant


_____/s/_____
Frederick Robinson
D.C. Bar No. 367223
Lori-Ann S. Bellan
D.C. Bar No. 463480
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20201
(202) 662-0200

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN MEDICAL TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:08-cv-00319 (JDB) |
| MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

Having considered the parties' Joint Status Report and Proposed Briefing Schedule, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that the parties' Proposed Briefing Schedule is hereby adopted, and it is

FURTHER ORDERED that the following briefing schedule will apply in this case:

| | |
|---|---|
| August 29, 2008 | Defendant's motion to dismiss |
| September 26, 2008 | Plaintiff's opposition to Defendant's motion to dismiss |
| October 10, 2008 | Defendant's reply |

_____
UNITED STATES DISTRICT JUDGE

Copies to ECF Counsel